# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LOUIS D. CRAFT, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIV-22-840-R |
| | ) |
| STATE FARM INSURANCE CO., | ) |
| ET AL., | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is the Plaintiff's Motion for Reconsideration (Doc. No. 12) wherein he asks the Court to reconsider its denial of his request for leave to proceed *in forma pauperis* in light of his prior "strikes" under 28 U.S.C. § 1915(g). Plaintiff sought to avoid the limitation in the statute by arguing that he is in "imminent danger of serious physical injury." *See* 28 U.S.C. § 1915(g). Having considered Plaintiff's motion, the Court finds no basis for reconsideration, as he is not in imminent danger with regard to his suit, which is an attempt to recover life insurance proceeds. Accordingly, the motion is DENIED. Plaintiff shall tender the full filing fee of $402.00 within ten days of this Order or the case will be dismissed without prejudice.

**IT IS SO ORDERED** this 28th day of November 2022.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE